**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**TALENTSCALE, INC.,**

**Plaintiff(s),**

**v.** **CASE NO. 4:24cv33**

**AERY AVIATION, LLC,**

**Defendant(s),**

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** judgment be entered against Respondent Aery Aviation, LLC in the amount of $1,142,467.20

DATED: October 9, 2024

FERNANDO GALINDO, Clerk

By________/s/________
M. Reese, Deputy Clerk