# WRIT OF EXECUTION

4:24cv33

| | |
|---|---|
| United States District Court | DISTRICT<br>Eastern District of Virginia, Newport News Divisions |

TO THE MARSHAL OF:

Eastern District of Virginia

CLERK US DISTRICT COURT NORFOLK, VIRGINIA

2024 DEC 10 P 12:15

RECEIVED

issued [illegible]

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME Aery Aviation, LLC, 1009 Providence Boulevard, Newport News, VA 23602

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $1,142,467.20, with post-judgment interest at the federal funds rate. | |

and

In the United States District Court for the Eastern District of Virginia, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Aery Aviation, LLC, 1009 Providence Boulevard, Newport News, VA 23602

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| Eastern District of Virginia, Newport News Division | Eastern District of Virginia |
| CITY<br>Newport News | DATE<br>1/9/25 |

Witness the Honorable Jamar K. Walker

*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 12/10/24 | Fernando Galindo, clerk |
| | (BY) DEPUTY CLERK<br>COPY |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |