# EXHIBIT A

BankFind Suite Home | Back to Search Results

# Cogent Bank

## Institution Details

Data as of 12/13/2024

**FDIC Insured**
Since 09/10/1999

**FDIC Cert #**
34908

**Established**
09/10/1999

**Bank Charter Class**
State Chartered Banks, not member of the Federal Reserve System (FRS)

**Primary Federal Regulator**
Federal Deposit Insurance Corporation

**Main Office Address**
420 S Orange Ave
Orlando, FL 32801

**Primary Website**
www.cogentbank.net

**Locations**
9 domestic locations: 1 state and 0 territories.
0 in foreign locations.

**Financial Information**
Create financial reports for this institution

**Consumer Assistance**
Complaints & Questions with Personal Information

**Contact the FDIC**
Questions about Bank Information

Get additional detailed information by selecting from the following:

Locations | History | Institution Profile | Other Names

### 9 Branch Offices

Hide

Results 100

1 Page # Go

| UNINUM | Branch Number | Name | Address | City | County | State | Service Type | Established | Acquired |
|---|---|---|---|---|---|---|---|---|---|
| 61971 | Main Office | Cogent Bank | 420 S Orange Ave Orlando, FL 32801 | Orlando | Orange | FL | Full Service - Brick And Mortar | 09/10/1999 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 619133 | 3 | Jacksonville Branch | 5011 Gate Pkwy Bldg 100<br>Jacksonville, FL 32256 | Jacksonville | Duval | FL | Full Service - Brick And Mortar | 11/25/2019 |
| 619557 | 4 | Tampa Branch | 1715 N West Shore Blvd<br>Ste 150<br>Tampa, FL 33607 | Tampa | Hillsborough | FL | Full Service - Brick And Mortar | 01/08/2020 |
| 625038 | 5 | Clearwater Branch | 28059 Us Highway 19 N<br>Clearwater, FL 33761 | Clearwater | Pinellas | FL | Full Service - Brick And Mortar | 06/15/2020 |
| 627029 | 6 | Ft. Myers Branch | 14421 Metropolis Ave<br>Ste 102<br>Fort Myers, FL 33912 | Fort Myers | Lee | FL | Full Service - Brick And Mortar | 08/28/2020 |
| 627547 | 7 | Orange City Branch | 1113 Saxon Blvd<br>Orange City, FL 32763 | Orange City | Volusia | FL | Full Service - Brick And Mortar | 10/09/2020 |
| 638301 | 8 | Naples Branch | 999 Vanderbilt Beach Rd<br>Ste 100<br>Naples, FL 34108 | Naples | Collier | FL | Full Service - Brick And Mortar | 08/31/2021 |
| 638703 | 9 | Winter Park Branch | 655 W Morse Blvd<br>Ste 111<br>Winter Park, FL 32789 | Winter Park | Orange | FL | Full Service - Brick And Mortar | 10/01/2021 |
| 665608 | 10 | Ocala Branch | 4 Se Broadway Street<br>Ocala, FL 34471 | Ocala | Marion | FL | Full Service - Brick And Mortar | 06/24/2024 |