**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

| | | |
|---|---|---|
| **TALENTSCALE, INC.**, | ) | |
| *Petitioner/Judgment Creditor*, | ) | |
| **v.** | ) | Case No. 4:24-cv-33 |
| **AERY AVIATION, LLC**, | ) | |
| *Respondent/Judgment Debtor*, | ) | |
| and | ) | |
| **COGENT BANK**, | ) | |
| *Garnishee*. | ) | |

**GARNISHEE'S ANSWER**

Garnishee, Cogent Bank, by counsel and without waiver of the arguments made and defenses raised in its Motion to Quash Garnishment Summons, states as follows as its Answer to the Garnishment Summons Served on Cogent Bank.[1]

Garnishee is holding the sum of $945.22 subject to the Garnishment Summons in an account ending in x0213.

Aery Aviation, LLC's last known address is 1009 Providence Blvd., Newport News, VA 23602.

[1] The Motion to Quash Garnishment Summons remains pending. At the time of filing of this Answer, the garnishment return date remained set for January 9, 2025. The Court, however, has indicated that the garnishment return date will be continued because of the National Day of Mourning.

Garnishee respectfully requests that the Garnishment Summons be dismissed for the reasons stated in its Motion to Quash Garnishment Summons and requests all other relief requested therein be granted.

Respectfully submitted,

/s/ S. Mohsin Reza
S. Mohsin Reza (Va. Bar No. 75347)
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
mohsin.reza@gtlaw.com

*Counsel for Cogent Bank*

Gina C Medlock

Gina Medlock
Senior Vice President
Cogent Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of January, 2025, I caused the foregoing to be filed with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all counsel of record that are registered users.

/s/ S. Mohsin Reza
S. Mohsin Reza (Va. Bar No. 75347)
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
mohsin.reza@gtlaw.com

*Counsel for Cogent Bank*