U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Talentscale, Inc. | COURT CASE NUMBER<br>4:24-cv-00033-JKW-DEM |
| DEFENDANT<br>Aery Aviation, LLC | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aery Aviation, LLC
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1009 Providence Boulevard, Newport News, VA 23602

| | | |
|---|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Kenneth E. Chase, Esq., Chase Law & Associates, P.A.,<br>951 Yamato Road, Suite 280, Boca Raton, FL 33431 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Returned unexecuted by 1/9/25

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Kenneth Chase | ☒ PLAINTIFF<br>☐ DEFENDANT | 305-402-9800 | 12/10/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 083 | No. 083 | [signature] | 12/18/24 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Clem Abrams / Attorney | 1/3/2025 | 4:00 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| 555 BelAire Ave #340<br>Chesapeake, VA 23320 | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

RECEIVED
UNITED STATES MARSHAL
2024 DEC 18 P 4:57
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

# WRIT OF EXECUTION

4:24cv33

| United States District Court | DISTRICT<br>Eastern District of Virginia, Newport News Divisions |
|---|---|

TO THE MARSHAL OF:

Eastern District of Virginia

RECEIVED UNITED STATES MARSHAL 2024 DEC 18 P 4:57 EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME Aery Aviation, LLC, 1009 Providence Boulevard, Newport News, VA 23602

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $1,142,467.20, with post-judgment interest at the federal funds rate. | and 10/9/24 |

In the United States District Court for the Eastern District of Virginia, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Aery Aviation, LLC, 1009 Providence Boulevard, Newport News, VA 23602

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| Eastern District of Virginia, Newport News Division | Eastern District of Virginia |
| CITY<br>Newport News | DATE<br>1/9/25 |

Witness the Honorable Jamar K. Walker
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 12/10/24 | Fernando Galindo, Clerk |
| | (BY) DEPUTY CLERK<br>MReese |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 12/18/24 | 1/3/25 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| S. Saylor | J. Ingram |