**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

TALENTSCALE, INC.
1350 E. Flamingo Road, Suite 734
Las Vegas, NV 89119

Plaintiff,

v.

AERY AVIATION, LLC
1009 Providence Boulevard
Newport News, VA 23602

Defendant.

Case No. 4:24-cv-00033-JKW-DEM

**ORDER**

This matter came before the Court on Judgment Creditor Talentscale, Inc.'s Consent Motion to Dismiss Garnishment Action Against Garnishees.

Upon consideration, it is hereby ORDERED that the Motion is GRANTED as follows:

1. Judgment Creditor Talentscale, Inc.'s garnishment action against Garnishees Cogent Bank, Bank of America, Hanmi Bank, and Southwind Capital, LLC is hereby dismissed without prejudice.

2. The hearing set for February 3, 2025 at 10:00 AM is hereby cancelled.

**IT IS SO ORDERED.**

/s/
Douglas E. Miller
United States Magistrate Judge

Dated: January 30, 2025

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE